THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:16-cv-00030-MR-DLH

| | |
|---|---|
| TRIBAL CASINO GAMING ENTERPRISE, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>W.G. YATES & SONS )<br>CONSTRUCTION COMPANY, )<br>RENTENBACK CONSTRUCTORS )<br>INCORPORATED, METROMONT )<br>CORPORATION, CHOMARAT US, )<br>INC., and CHOMARAT NORTH )<br>AMERICA, LLC, )<br>)<br>Defendants. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Plaintiff's Motion to Stay Pending Arbitration. [Doc. 4].

The Plaintiff moves the Court to enter an Order staying this action as to Defendants W.G. Yates & Sons Construction Company and Rentenbach Constructors Incorporated pending arbitration. [Doc. 4]. A review of the docket indicates that none of the Defendants have made an appearance in this action. Accordingly, the Plaintiff's motion to stay is premature and will be denied without prejudice.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Motion to Stay Pending Arbitration [Doc. 4] is **DENIED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.** Signed: February 29, 2016

Martin Reidinger
United States District Judge