IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:16cv30

| | |
|---|---|
| TRIBAL CASINO GAMING ENTERPRISE, ) ) ) Plaintiff, ) ) v. ) ) W.G. YATES & SONS CONSTRUCTION COMPANY, et al., ) ) ) Defendants. ) ) | ORDER |

Pending before the Court is the Motion to Expedite Discovery [# 36]. The Court **DIRECTS** Plaintiff to respond to the motion by Friday, May, 27, 2016.

Signed: May 23, 2016

Dennis L. Howell
United States Magistrate Judge

-1-