# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
### 1:16cv30

| | |
|---|---|
| TRIBAL CASINO GAMING ENTERPRISE, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | ORDER |
| W.G. YATES & SONS CONSTRUCTION COMPANY, et al., ) ) ) ) | |
| Defendants. ) ) | |

Pending before the Court is the Motion to Expedite Discovery [# 36]. The Court **GRANTS** the motion [# 36]. Defendant Metromont Corporation shall have between June 19 and June 25, 2016, to conduct the testing. The Court will enter a follow up order setting forth its findings in more detail, but the Court wanted to provide the parties with sufficient notice of its ruling to allow the parties time to make the necessary preparations for the testing.

Signed: June 10, 2016

Dennis L. Howell
United States Magistrate Judge