**THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**
**CIVIL CASE NO. 1:16-cv-00030-MR-DLH**

| | | |
|---|---|---|
| **TRIBAL CASINO GAMING ENTERPRISE,** | ) ) ) | |
| **Plaintiff,** | ) ) | |
| **vs.** | ) ) | **O R D E R** |
| **W.G. YATES & SONS CONSTRUCTION COMPANY, et al.,** | ) ) ) | |
| **Defendants.** | ) ) | |
| _____ | ) | |

**THIS MATTER** is before the Court *sua sponte.*

This matter was stayed on July 1, 2016, pending the resolution of the parties' arbitration proceeding. [Doc. 58]. Upon review of the record of this matter, the Court concludes that a report is required from the parties regarding the status of this action.

**IT IS, THEREFORE, ORDERED** that, within fourteen (14) days of the entry of this Order, the parties shall file a report regarding the status of this action.

Signed: June 22, 2017

**IT IS SO ORDERED.**

Martin Reidinger
United States District Judge